# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: <br><br> ERIC JAMES DE WEERD and DANIELLE MARIE SIRIANNI-DE WEERD, <br><br> Debtors. | Case No. 17-02421-jw |
| ERIC DE WEERD, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT PETERSON JR., <br><br> Defendant. | **ADV. PRO. NO. 17-80054-jw** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 16, 2017, the Summons and Complaint was served upon defendant Robert Peterson by First Class Mail and two day express mail by United Parcel Service to the following addresses:

Robert Peterson Jr.
6413 Old Gate Road
Plano, Texas 75024

Robert Peterson Jr.
All My Sons Moving & Storage
2400 Old Mill Road
Carrollton, Texas 75007

Dated: June 19, 2017
       New York, New York

                                                        /s/Steven Soulios
                                                        Steven Soulios